UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICTORIA GIGNILLIAT,

    Plaintiff,

v.                                                   Case No.  6:14-cv-1066-Orl-31TBS

CITY OF MELBOURNE, and DEPUTY E.
LOPEZ,

    Defendants.
_____/

## ORDER

Pending before the Court is Defendant's Motion to Compel Compliance with Related Case Order and Track Two Notice (Doc. 14).  The motion is DENIED without prejudice because it does not comply with M.D. FLA. R. 3.01(g).

DONE AND ORDERED in Orlando, Florida, on September 8, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel